545-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

MAR 2 5 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
COSMOTRADE EXPORT SA,

                Plaintiff,

    -against-

GABRO INTERNATIONAL AG,

                Defendant.
-------------------------------------------------------------x

07 CV 11077 (GBD)

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1) and VOLUNTARY WITHDRAWAL OF ATTACHMENT**

The above entitled action is hereby discontinued without prejudice on application of the Plaintiff pursuant to Fed. R. Civ. 41(a)(1), the defendant not having appeared, filed an answer nor filed a motion for summary judgment, and the Process of Maritime Attachment and Garnishment issued in this action pursuant to Supplemental Rule B is hereby withdrawn and cancelled.

Dated: New York, New York
       March 24, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
By: *Pamela L. Schultz*
Pamela L. Schultz (PS 8675)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

NYDOCS1/301246.1